IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE
PORTLAND DIVISION

| | |
|---|---|
| MICHAEL ROSS, <br><br> Plaintiff, <br><br> v. <br><br> NEWREZ, LLC, *et al.*, <br><br> Defendants. | No. 2:23-cv-00255 |

**JOINT STIPULATION OF SETTLEMENT AND DISMISSAL OF
CLAIMS AGAINST DEFENDANT NEWREZ, LLC**

Pursuant to this Court's Order (ECF No. 63), Local Rule 41, and Fed. R. Civ. P. 41(a)(1)(A), and in accordance with the terms of a confidential settlement and release agreement, Plaintiff Michael Ross ("Ross") and Defendant Newrez, LLC ("Newrez") (collectively, the "Parties") represent to the Court that this matter is settled to their mutual satisfaction. As such, it is stipulated by the Parties that all claims alleged against Newrez in the instant matter are hereby dismissed *with prejudice*.

This Court shall retain jurisdiction to enforce the terms of the settlement and release agreement. The Parties agree that each shall bear its own costs.

This partial dismissal is not intended to and shall have no effect on the claims asserted by Ross against Defendant PHH Mortgage Corporation which remain pending.

Respectfully submitted,

| | |
|---|---|
| */s/ Marc E. Dann* | */s/ Andrew Narod (email consent 12/18/2024)* |
| Marc E. Dann (admitted pro hac vice) | Andrew Narod (admitted pro hac vice) |
| Daniel M. Solar (admitted pro hac vice) | David T. Long Jr (admitted pro hac vice) |
| Dann Law | BRADLEY ARANT BOULT CUMMINGS LLP |
| 15000 Madison Ave. | 1615 L Street NW |
| Lakewood, OH 44107 | Suite 1350 |
| Telephone: (216) 373-0539 | Washington, D.C. 20036 |
| Facsimile: (216) 373-0536 | 202-719-8271 |
| notices@dannlaw.com | anarod@bradley.com |
| | dlong@bradley.com |
| John Z. Steed, Esq., Bar #5399 | |
| Island Justice | Sara A. Murphy |
| P.O. Box 711 // 43 School Street | Pierce Atwood LLP |
| Stonington, ME 04681 | 254 Commercial St. |
| (207) 200-7077 | Portland, ME 04101 |
| john@islandjusticelaw.com | Tel: (207) 791-1100 |
| | smurphy@pierceatwood.com |
| *Counsel for Plaintiff Michael Ross* | |
| | *Counsel for Defendant Newrez, LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document, **JOINT STIPULATION OF SETTLEMENT AND DISMISSAL OF CLAIMS AGAINST DEFENDANT NEWREZ, LLC**, was filed electronically and served on all parties via CM/ECF electronic filing system.

| | |
|---|---|
| Dated: December 18, 2024 | /s/ *Marc E. Dann* <br> Marc E. Dann (admitted pro hac vice) <br> Daniel M. Solar (admitted pro hac vice) <br> Dann Law <br> 15000 Madison Ave. <br> Lakewood, OH 44107 <br> Telephone: (216) 373-0539 <br> Facsimile: (216) 373-0536 <br> notices@dannlaw.com <br> <br> *Counsel for Plaintiff Michael Ross* |